IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FREDERICK D. BUNTIN,

    Plaintiff,

v.                                                      CASE NO. 4:07-cv-00143-MP-WCS

GEORGE W. BUSH,
President,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 6, Report and Recommendation of the Magistrate Judge, recommending that Plaintiff's Complaint, Doc. 1, be dismissed for failure to comply with an order of court, and for failure to prosecute. The Magistrate Judge filed the Report and Recommendation on Wednesday, May 16, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a de novo review of those portions to which an objection has made. In this instance, however, no objections to the Report and Recommendation have been filed.

By prior order, Plaintiff was directed either to pay the filing fee of $350.00, or to file an *in forma pauperis* motion. Plaintiff was specifically warned that failure to comply with this order would result in dismissal of the case. Because Plaintiff has failed to comply with this order or to prosecute his case, the Court agrees with the Magistrate that this case should be dismissed. Therefore, having considered the Report and Recommendation, I have determined that the Report and Recommendation should be ADOPTED. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 6, is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with court orders and for failure to prosecute this case.

**DONE AND ORDERED** this   *20th* day of June, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge